### STATE vs. CECIL.

Coloured       A WOMAN of colour was offered as a witness,
persons pre-  by the attorney-general, and a gentleman swore
sumed free.
Collateral &  that she was once a slave, but he had liberated her.
incidental    She had a copy of the act of liberation; the original
facts, not
proven as     of which was in New-York.
strictly as
facts in issue.    *Wilson*, for the prisoner. The Court will not
              look at the copy, while the original is admitted to
              exist.

              *By the Court.* The woman being of colour,
              the presumption is that she was born free. *Adele*
              vs. *Beauregard*, 1 *Martin* 183. But this pre-
              sumption is destroyed by the declaration of her for-
              mer master. This declaration, however, must be
              taken *in toto*, and it establishes her emancipation,

in the same breath. Neither are we ready to say that when, in the trial of a cause, a fact comes incidentally and collaterally to be proved, the rules of evidence are as strictly to be insisted on, as when the facts put in issue are to be made out. In the latter case, the party has previous notice and time to procure the best testimony, which consequently will be required. Not so in the former case, as on a motion for a new trial or for a continuance—when a witness is examined on the *voir dire*.